IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr32-SPM

CRAIG W. CARLISLE and
ERNEST LEE LINTON,

    Defendants.
_____/

**ORDER GRANTING MOTION TO ADOPT
AND SETTING RESPONSE DEADLINE**

Upon consideration, Defendant Linton's motion (doc. 30) to adopt the motion to suppress (doc. 29) filed by Defendant Carlisle is granted. The Government shall have up to and including November 30, 2007, to file a written response to the motion to suppress.

SO ORDERED this 27th day of November, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge