IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                CASE NO.: 1:07cr32-SPM

ERNEST LEE LINTON,

       Defendant.
_____/

## ORDER GRANTING MOTION TO REDACT INDICTMENT

Upon consideration, Defendant Linton's motion (doc. 38) to redact indictment is granted. A redacted indictment omitting the name and nature of Linton's prior conviction will be prepared for submission to the jury. The Court will provide a copy to the parties at the 8:30 a.m. attorney conference on March 3, 2008, for review and comment

SO ORDERED this 27th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge