...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                       CASE NO.: 1:07cr32-SPM

ERNEST LEE LINTON,

      Defendant.
_____/

**ORDER GRANTING IN PART AND
<u>DENYING IN PART MOTION TO CLARIFY SENTENCE</u>**

      This cause comes before the Court on Defendant Ernest Lee Linton's Motion to Clarify Sentence And/or Designate Sentence to Be Concurrent to Related Subsequent State Sentence (doc. 127).  The Court has no objection to Defendant's federal sentence running concurrently with his state sentence if a concurrent sentence was intended by the state court judge.  Defendant should make a request to the Bureau of Prisons under program statement  5160.05 for a nunc pro tunc designation.  If granted, the Bureau of Prisons will retroactively designate the state institution as the place for Defendant to serve his federal sentence to allow concurrent credit for time served.   Based on the foregoing, it is

      ORDERED AND ADJUDGED:  Defendant's motion (doc. 127) is granted to the extent the Court does not oppose a nunc pro tunc designation. In all other

respects, the motion is denied.

      DONE AND ORDERED this 29th day of December, 2008.


      *s/ Stephan P. Mickle*

      Stephan P. Mickle
      United States District Judge

CASE NO.: 1:07cr32-SPM